UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISMAYLIN JIMENEZ and JAIME ABREU URENA,

Plaintiffs,

v.

DINO TRANS LLC and RAMON A. PICHADO-MARTE,

Defendants.

26-CV-5312 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the parties' ongoing settlement efforts, the conference scheduled for tomorrow at 12:30 p.m. is adjourned. The parties shall promptly notify the Court if they reach a resolution and, in any event, shall submit a joint status update no later than October 30, 2026.

SO ORDERED.

Dated: September 3, 2026
New York, New York

Ronnie Abrams
United States District Judge